# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re: Victoria A. Green                                      Case No. 14-17486-jkf

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

NATIONSTAR MORTGAGE LLC D/B/A CHAMPION          Court Claim # (if known) 3
MORTGAGE COMPANY
Name of Secured Creditor

Old Address of Secured Creditor:
3900 Capital City Blvd.
Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor
should be sent:

8950 Cypress Waters Blvd.
Coppell, TX 75019

Phone: 855-683-3095

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

PO BOX 619093
Dallas, TX 75261

Phone: 855-683-3095

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Can Guner                                Date: 10/16/2017
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





16-016248 - DaG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRUCE J. TRAWICK
DC33 LEGAL SERVICES PLAN
3001 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19104

VICTORIA A. GREEN
921 E. DURARD STREET
PHILADELPHIA, PA 19150

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Can Guner
Can Guner, Esquire
Email: bkyecf@rasflaw.com

16-016248 - DaG