**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  CASE NO.: 14-17486-amc
  CHAPTER 13

**Victoria A. Green,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/Kevin Buttery
> Kevin Buttery, Esquire
> Email: kbuttery@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DC33 LEGAL SERVICES PLAN
3001 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA  19104

VICTORIA A. GREEN
921 E. DURARD STREET
PHILADELPHIA, PA  19150

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com