## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Victoria A. Green,**<br><br>　　　**Debtor,**<br><br>**Nationstar Mortgage LLC d/b/a Champion Mortgage Company,**<br><br>　　　**Movant,**<br><br>v.<br><br>**Victoria A. Green, and**<br><br>**WILLIAM C. MILLER, Esq., Ch. 13 Trustee**<br><br>　　　**Respondents.** | Bankruptcy No. 14-17486-amc<br><br>Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　Nationstar Mortgage LLC d/b/a Champion Mortgage Company has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before December 10, 2018**, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on January 8, 2019 at 11:00 am **in Courtroom Number 4, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter and order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

14-17486-amc<br>
16-016248<br>
MFR

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:
    Robertson, Anschutz & Schneid, P.L.
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Phone: 470-321-7112 x 221
    Fax: 404-393-1425
    Email: kbuttery@rascrane.com

Dated: December 10, 2018

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112 x 221
Fax: 404-393-1425

By: /s/ Kevin Buttery
Kevin M. Buttery Esquire
Bar ID: 319438
Email: kbuttery@rascrane.com