# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-17486-AMC

VICTORIA A. GREEN

921 E. DURARD STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VICTORIA A. GREEN

921 E. DURARD STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

Date: 10/3/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee