Certificate Number: 15317-PAE-DE-033641298

Bankruptcy Case Number: 14-17486



15317-PAE-DE-033641298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2019, at 1:09 o'clock PM PST, Victoria Ann Green completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 3, 2019        By:    /s/Julie Dumlao

                               Name:  Julie Dumlao

                               Title: Counselor