United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-17486-amc
Victoria A. Green                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD              Page 1 of 2              Date Rcvd: Jan 16, 2020
                            Form ID: 138NEW           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db            +Victoria A. Green,    921 E. Durard Street,     Philadelphia, PA 19150-3504
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,
                Suite 100,    Boca Raton, FL 33487-2853
cr            +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
13388059      +Champion Mortgage,    PO Box 40724,    Lansing, MI 48901-7924
13388062       INTERSTATE CREDIT CO,    21 W FORNANCE STREET,    Philadelphia, PA 19111
13388063      +MACYS,    PO Box 8218,    Mason, OH 45040-8218
14213165      +Nationstar Mortgage LLC d/b/a,    Champion Mortgage Company,     c/o KEVIN M. BUTTERY,
                Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                Boca Raton, FL 33487-2853
13471943      +Nationstar Mortgage, LLC dba Champion,    Mortgage Company,    8950 Cypress Waters Blvd.,
                Coppell, TX 75019-4620
13388065       SPRINT,    PO BOX 219554,    Reston, VA 20191
13388066      +VERIZON WIRELESS,    PO BOX 1259,    Department 93305,    Oaks 93302-1259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:53     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:11
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 04:10:14
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13388058      +E-mail/Text: ally@ebn.phinsolutions.com Jan 17 2020 03:43:23     Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
13419011       E-mail/Text: ally@ebn.phinsolutions.com Jan 17 2020 03:43:23
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13428236       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 03:58:42
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
13388060      +E-mail/Text: documentfiling@lciinc.com Jan 17 2020 03:43:22     COMCAST CABLE,
                1 Comcast Center,    Philadelphia, PA 19103-2899
13388061      +E-mail/Text: bknotice@ercbpo.com Jan 17 2020 03:44:22     ENHANCED RECOVERY CORP,
                PO box 57547,    Jacksonville, FL 32241-7547
13388064      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:44:18     MIDLAND Funding,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14254994       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:56
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: TashaD           Page 2 of 2          Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW        Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage, LLC dba Champion Mortgage Company
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Champion Mortgage Company agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Victoria A. Green brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              HAROLD N. KAPLAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company hkaplan@rasnj.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage, LLC dba Champion Mortgage Company
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Victoria A. Green
       Debtor(s)

Bankruptcy No: 14–17486–amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 1/16/20

                              80 – 79
                             Form 138_new