```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                    Case No. 14-17486-amc
Victoria A. Green                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD         Page 1 of 1         Date Rcvd: Feb 19, 2020
                        Form ID: 195         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Victoria A. Green,   921 E. Durard Street,   Philadelphia, PA 19150-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage, LLC dba Champion Mortgage Company
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Champion Mortgage Company agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Victoria A. Green brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              HAROLD N. KAPLAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company hkaplan@rasnj.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage, LLC dba Champion Mortgage Company
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Victoria A. Green : Case No. 14–17486–amc

      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 19th Day of February, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

84
Form 195